Case: 1:23−mj−00200
Assigned To : Harvey, G. Michael
Assign. Date : 8/10/2023
Description: Complaint W/ Arrest Warrant

# STATEMENT OF FACTS

1. The National Center for Missing and Exploited Children (NCMEC) is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children. NCMEC operates a CyberTipline and Child Victim Identification program. Through the Cyber Tipline, Internet Service Providers (ISP), Electronic Service Providers (ESP), and individual persons may notify NCMEC of online child sexual abuse images. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement agencies.

2. On July 3, 2023, Google LLC reported to NCMEC that the Google accounts Micfromdc@gmail.com and mchlhumphrey@gmail.com uploaded child sexual abuse material (CSAM) to the Google LLC servers on May 16, 2020, May 17, 2020, August 30, 2020, September 22, 2020, December 1, 2020, and June 16, 2023. Google LLC reported that forty media files of suspected CSAM had been uploaded, and that these files had been identified via a "hash match." This information was memorialized by NCMEC as NCMEC Cybertip #165607210.

3. Of these 40 files, three were categorized by Google as depicting a prepubescent minor(s) engaging in a sex act. Two images were categorized as depicting pubescent minors engaging in sex acts and twenty-seven images were categorized as depicting prepubescent minors engaging in the lascivious exhibition of their genitals, anus, or pubic area. Eight of the images were categorized as depicting pubescent minors engaging in the lascivious exhibition of their genitals, anus, or pubic area.

4. On July 4, 2023, Google LLC reported to NCMEC that the identified Google accounts uploaded additional child sexual abuse material (CSAM) to the Google LLC servers on

August 30, 2020 and December 1, 2020. Google LLC reported that five media files of suspected CSAM had been uploaded, and that these files had been identified via a "hash match." This information was memorialized by NCMEC as NCMEC Cybertip #165675738.

5. Google LLC reported to NCMEC that the subscriber of the identified Google accounts provided the name Mike Humphrey, the phone number 202-803-1155, and a February 1982 date of birth.

6. Your affiant reviewed the media files provided by Google LLC to NCMEC as memorialized in NCMEC Cybertip #165675738. A description of some of these files follows:

   a. VID_20230615_190500351.mp4: This twenty-seven-second-long video file depicts an African American, prepubescent girl laying on her stomach on a piece of furniture. The camera is focused on the buttocks of the child, and an adult hand can be seen moving the child's underwear to the side to expose the child's genitals. The adult's fingers are shown touching and manipulating the child's genitals. The young girl is wearing blue underwear with white stars on them. The file was uploaded to Google servers on June 16, 2023.

   b. feb17.webm: This one-minute-long video file depicts two fully nude Caucasian prepubescent females laying on a piece of furniture. One girl is laying on her back and the other is on her stomach. The child on her stomach is penetrating the vagina of the child laying on her back. The video file has a caption reading "loliporn6s6cdjjo.onion." Additionally, a male's voice can be heard speaking in a foreign language to the two young girls. The file was uploaded to Google servers on August 30, 2020.

  c. 1_5177206930682151106.mp4: This nineteen-second-long video file depicts an adult male using his penis to penetrate the vagina of a prepubescent African American girl. The adult male can be seen ejaculating onto the young girl's buttocks. The file was uploaded to Google servers on August 30, 2020.

7. On July 5, 2023, a member of the Federal Bureau of Investigation (FBI) Child Exploitation and Human Trafficking Task Force (CEHTTF) issued an administrative subpoena to Google LLC for subscriber information, including IP logs, for the Google accounts.

8. In response to legal process, Google provided information that VID_20230615_190500351.mp4 was uploaded using the internet protocol (IP) address 2601:14d:8500:44a0:4d10:6c9f:c194:73aa on June 16, 2023. That IP address is associated with the ISP Comcast.

9. An administrative subpoena was issued to Comcast for subscriber information related to the Comcast IP address 2601:14d:8500:44a0:4d10:6c9f:c194:73aa. Comcast reported that the account is registered to Robert Moore of 2359 Ontario Road #402 in Northwest, Washington, D.C. The investigation has revealed that Robert Moore and Humphrey know one another.

10. A member of the CEHTTF issued an administrative subpoena to Metro PCS for the subscriber information and call detail records (CDR) for telephone number 202-803-1155. Metro PCS provided information that Michael Humphrey, of 607 G Street, Southeast, Washington, D.C., is the registered subscriber for the telephone number.

11. A member of the CEHTTF conducted records check of commercial, law enforcement only, and open-source databases for any information regarding Michael Humphrey (DOB: February **, 1982). Your affiant discovered that a man named Michael Humphrey

(Herein: Humphrey) (with the same date of birth) is a registered sex offender residing in Washington, D.C.

12. Your affiant searched for Humphrey through a commercial database. Your affiant found that Humphrey has used the email address micfromdc@gmail.com. Additionally, the above discussed phone number, 202-803-1155, was linked to Humphrey within the commercial database.

13. Your affiant contacted a MPD member assigned to the Sex Offender Registry Unit (SORU) which is responsible for monitoring compliance of Registered Sex Offenders residing in Washington, D.C. SORU informed your affiant that Humphrey is considered compliant with his registry requirements, and that he currently lives at 2850 Douglas Place #103, Southeast in Washington, D.C. According to MPD SORU, Humphrey confirmed his Douglas Place address on May 10, 2023. Furthermore, Humphrey provided this phone number, 202-803-1155, to MPD SORU.

14. On July 13, 2023, your affiant presented an affidavit in support of a search warrant for the Google accounts Micfromdc@gmail.com and mchlhumphrey@gmail.com to United States District Court of the District of Columbia Magistrate Judge Zia Faruqui. Magistrate Judge Faruqui reviewed the affidavit and authorized a search of the Google accounts.

15. On July 31, 2023, your affiant was provided with the requested Google records related to the accounts micfromdc@gmail.com and mchlhumphrey@gmail.com. Your affiant reviewed the contents of the accounts and found numerous files indicating that the accounts belong to, and are used only by, Humphrey, including selfie-style photographs and videos, credit card information for Humphrey, and many documents addressed to Humphrey saved within his Google Drive.

16. Additionally, your affiant located two videos that appear to depict the same prepubescent African American girl being sexually abused as the child seen in VID_20230615_190500351.mp4. Your affiant located the two videos in the micfromdc@gmail.com account and they are described below:

   a. VID_20230615_190436407-1j1mlzr2vi26q: This video depicts a prepubescent female laying on a bed. The young girl is laying on her stomach and adult hands can be seen pulling her underwear to the side. The camera is focused in such a way to show the child's genitals, while the adult's fingers manipulate the child's vagina. In a portion of this video, the adult man can be heard saying, "I'm just looking…. Watch your movie."

   b. VID_20230615_190605799-1j1mm4ay55s82: This video shows a prepubescent female laying on a bed. The child is laying on her stomach and adult hands can be seen pulling her underwear to the side. The adult man then presses his face and lips against the child's genitals. The man's face is mostly obscured, but his mustache is visible.

17. Your affiant also located the following CSAM within the Google Photos portion of the account micfromdc@gmail.com:

   a. 1_5021648528095576485-1gfiytnpp2iout1u: This video shows an adult male's erect penis penetrating the mouth of a prepubescent Caucasian female. The adult male subsequently ejaculates into the child's mouth, causing the child to spit out the ejaculate.

   b. 2011 7yo niece - SUCK AND C-1g63zq4pxozua: This video depicts an adult man inserting his erect penis into a prepubescent child's mouth.

18.     On March 10, 2020, Humphrey was convicted of "Third Degree Sex Offense" in the Circuit Court of Montgomery County, Maryland.  Humphrey was sentenced to three years of incarceration and required to register as a Tier III Sex Offender upon release from the State of Maryland's custody.

19.     On May 2, 2022, Humphrey registered as a sex offender in the District of Columbia as required by law.  D.C.  Humphrey was classified as a Class B registrant at that time, and he was required to be register as a sex offender for ten years.

## CONCLUSION

Based on the above information, there is probable cause to believe that Michael Humphrey committed the following offenses in the District of Columbia:  Transportation of Child Pornography, in violation of 18 U.S.C. § 2252(a)(1) and (b)(1), between on or about August 30, 2020 and on or about June 16, 2023, and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2), on July 31, 2023.

Respectfully submitted,

Thomas Sullivan
Detective Grade One / Task Force Office
MPDC / FBI

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 10, 2023.

HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE