AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Humphrey<br><br><br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) | **Case: 1:23-mj-00200**<br>**Assigned To : Harvey, G. Michael**<br>**Assign. Date : 8/10/2023**<br>**Description: Complaint W/ Arrest Warrant** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ _____ Michael Humphrey _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(1) and (b)(1) (Transportation of Child Pornography);
18 U.S.C. § 2252(a)(4)(B) and (b)(2) (Possession of Child Pornography).

Date: _____08/10/2023_____

G. Michael Harvey   Digitally signed by G. Michael Harvey
Date: 2023.08.10 11:58:09 -04'00'

_Issuing officer's signature_

City and state: _____Washington, D.C._____

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _8/10/2023_ , and the person was arrested on _(date)_ _8/11/2023_<br>at _(city and state)_ _Washington, DC_ .<br><br>Date: _8/11/2023_     _[signature]_<br>_Arresting officer's signature_<br><br>SA Tonya Shirell Griffith, FBI<br>_Printed name and title_ |